**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02121-REB-BNB

KAREN S. ZANDER,

    Plaintiff,

v.

CRAIG HOSPITAL,
RICK BAYLES, Ph.D, CNIM, and
SCOTT FALCI, M.D.,

    Defendants.

**ORDER DISMISSING DEFENDANT,
SCOTT FALCI, M.D., ONLY**

**Blackburn, J.**

    The matter before me is the **Stipulated Motion for Dismissal With Prejudice of Defendant Scott Falci, M.D.** [#13] filed October 30, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant, Scott Falci, M.D., should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion for Dismissal With Prejudice of Defendant Scott Falci, M.D.** [#13] filed October 30, 2009, is **GRANTED**;

    2.  That plaintiff's claims against defendant, Scott Falci, M.D., are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendant, Scott Falci, M.D., is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated October 30, 2009, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge