IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-021210REB-BNB | Date: December, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| KAREN S. ZANDER, | Natalie Brown |
| | Dezarae Lacrue |
| Plaintiff(s) | |
| v. | |
| CRAIG HOSPITAL, | Paul Cooper |
| | Jessie Fisher |
| RICK BAYLES, and | |
| Ph.D., CNIM | |
| Defendant(s). | |

# COURTROOM MINUTES

HEARING: MOTION

Court in Session:    8:29 a.m.

Appearance of counsel. Greg Theo present.

Court's opening remarks.

Argument presented.

**ORDERED: Defendants Craig Hospital and Rick Bayless, Ph.D., CNIM's motion to conduct ex parte meetings with plaintiff's medical providers [Doc #16; filed 11/13/09] is denied as stated on the record.**

Court in Recess    9:06 a.m.    Hearing concluded.    Total time in Court:    00:37

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.