IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02121-REB-BNB

KAREN S. ZANDER,

Plaintiff,

v.

CRAIG HOSPITAL, and
RICK BAYLES, PH.D., CNIM,

Defendants.

_____

**ORDER**
_____

This matter arises on **Defendant Craig Hospital and Rick Bayles, Ph.D., CNIM's Motion to Conduct *Ex Parte* Meetings With Plaintiff's Medical Providers** [Doc. # 16, filed 11/13/2009] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED without prejudice.

Dated December 10, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge