IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02121-REB-BNB

KAREN S. ZANDER,

Plaintiff,

v.

CRAIG HOSPITAL, and
RICK BAYLES, PH.D., CNIM,

Defendants.

_____

## ORDER
_____

This matter arises on **Defendants . . . Request for Clarification of the Court's January 15, 2010 Order [etc.]** [Doc. # 35, filed 1/28/2010] (the "Motion").  The Motion correctly notes that I inadvertently omitted Dr. David Ripley as among the medical providers with whom the defendants may conduct *ex parte* interviews.

IT IS ORDERED that the Motion [Doc. # 35] is GRANTED.  An Amended order addressing the *ex parte* interviews will enter separately.

Dated February 1, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge