IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-02121-REB-BNB | Date: March 2, 2010 |
| Courtroom Deputy: Ginny Kramer | FTR BNB COURTROOM A-401 |

KAREN S. ZANDER,

    Plaintiff,

v.

CRAIG HOSPITAL,
RICK BAYLES,
*Ph.D., CNIM,*

    Defendants.

Natalie Brown
DezaRae LaCrue

Paul Cooper

## COURTROOM MINUTES

**HEARING:** Motion to Compel

**Court in Session : 8:30 a.m.**

Appearance of counsel.

Court's opening remarks.

Argument presented.

**It was ORDERED:**

    1.    That plaintiff's Motion to Compel *Documents Claimed as Privileged by Defendant Craig Hospital,* [#39] filed February 15, 2010, is **TAKEN UNDER ADVISEMENT.**

Court in Recess 9:12 a.m.    Hearing concluded.    Total time in Court: 00:42 minutes

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.