IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 09-cv-02121-REB-BNB        Date: March 29, 2010
Courtroom Deputy: Geneva D. Mattei          FTR BNB COURTROOM A-401

---

KAREN S. ZANDER,                            Natalie Brown
                                            Dezarae Lacrue

      Plaintiff(s)

v.

CRAIG HOSPITAL,                             Paul Cooper
RICK BAYLES, and                            Jessie Fisher
Ph.D., CNIM                                 David Yun

Defendant(s).

---

### COURTROOM MINUTES

---

HEARING: MOTION

Court in Session:     3:57 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**     **Defendants' motion for reconsideration of order dated March 2, 2010 [Doc. #[49]; filed 3/9/10] is taken under advisement.**

Court in Recess:  4:32 p.m.     Hearing concluded.    Total time in Court: 00:35

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.