**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02121-REB-BNB

KAREN S. ZANDER,

    Plaintiff,

v.

CRAIG HOSPITAL, and
RICK BAYLES, Ph.D, CNIM,

    Defendants.

---

## ORDER OVERRULING OBJECTIONS TO NON-DISPOSITIVE ORDERS OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is **Defendants' Objections to Magistrate Judge's Order [sic] Dated March 2 and April 8, 2010** [#67] filed April 15, 2010. I overrule defendants' objections.

Defendants' objections pertain to non-dispositive matters that have been referred to the magistrate judge for resolution. Under 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(a), I may modify or set aside any portion of a magistrate judge's order which I find to be clearly erroneous or contrary to law. Having reviewed the magistrate judge's orders and the apposite motions and responses, I conclude that the magistrate judge's orders are not clearly erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that **Defendants' Objections to Magistrate Judge's Order [sic] Dated March 2 and April 8, 2010** [#67], filed April 15, 2010, are **OVERRULED**.

Dated May 10, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge