IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02121-REB-BNB

KAREN S. ZANDER,

Plaintiff,

v.

CRAIG HOSPITAL, and
RICK BAYLES, PH.D., CNIM,

Defendants.
_____

## ORDER
_____

This matter arises on the following:

(1) **Joint Motion for Extension of Time to Complete Discovery** [Doc. # 73, filed 5/14/2010] (the "Motion for Extension"); and

(2) **Motion to Implement Discovery Order** [Doc. # 77, filed 5/21/2010] (the "Motion to Implement").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Extension is GRANTED, and the case schedule is modified solely to extend the discovery cut-off to **July 16, 2010**.

IT IS FURTHER ORDERED that the Motion to Implement is GRANTED. On or before **June 1, 2010**, Craig Hospital shall comply with my Order [Doc. # 63] compelling discovery.

Dated May 21, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge