Case: 10-1232   Document: 01018431805   Date Filed: 05/29/2010   Page: 1

FILED
United States Court of Appeals
Tenth Circuit

May 29, 2010

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

In re:

CRAIG HOSPITAL; RICK BAYLES, Ph.D., CNIM,

　　　　Petitioners.

No. 10-1232
(D.C. No. 1:09-CV-02121-REB-BNB)
(D. Colo.)

---

ORDER

---

Before **HARTZ**, **O'BRIEN**, and **GORSUCH**, Circuit Judges.

---

This is an original proceeding in the nature of mandamus. Petitioners Craig Hospital and Rick Bayles, Ph.D., CNIM (defendants in the district court) request that this court preclude the district court from enforcing discovery orders requiring Craig Hospital to produce allegedly confidential documents related to its quality management program. Upon consideration of the petition for writ of mandamus the panel has determined that a response would aid its decision. *See* Fed. R. App. P. 21(b).

Plaintiff Karen Zander is directed to respond to the petition, and the district court is invited to respond, if it desires to do so. The response(s) shall be filed within seven days of the date of this order and served on petitioners.

In addition, the district court's orders requiring disclosure of the allegedly confidential documents are temporarily stayed pending further order of this court.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk