**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02121-REB-BNB

KAREN S. ZANDER,

    Plaintiff,

v.

CRAIG HOSPITAL, and
RICK BAYLES, Ph.D, CNIM,

    Defendants.

---

**MINUTE ORDER[1]**

---

    The matter comes before the court on **Defendants' Motion For Stay of Orders Dated March 2, 2010 and May 21, 2010** [#82] filed May 28, 2010. The motion is **DENIED** as moot.

    Dated: June 1, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.