IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02121-REB-BNB

KAREN S. ZANDER,

Plaintiff,

v.

CRAIG HOSPITAL, and
RICK BAYLES, PH.D., CNIM,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion to Compel Investigation Documents** [Doc. # 90, filed 7/2/2010] (the "Motion to Compel"). I held a hearing on the motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel [Doc. # 90] is DENIED.

IT IS FURTHER ORDERED that on or before **July 26, 2010**, the defendants shall substantiate their claim that certain documents are subject to the Colorado quality assurance privilege, section 25-3-109, C.R.S., by means of a sufficient privilege log, see Fed. R. Civ. P. 26(b)(5) and Peat, Marwick, Mitchell & Co. v. West, 748 F.2d 540, 542 (10th Cir. 1984); a supporting affidavit; or otherwise.

Dated July 16, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge