# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 09-cv-02121-REB-BNB

KAREN S. ZANDER,

    Plaintiff,

v.

CRAIG HOSPITAL, and
RICK BAYLES, Ph.D, CNIM,

    Defendants.

## ORDER

**Blackburn, J.**

    The matter is before me *sua sponte*. The twenty-three day trial in 07-cv-00968-REB-CBS, which commences August 23, 2010, will preclude the commencement of trial in this case on September 13, 2010. Thus, I enter this order to vacate the Trial Preparation Conference set for August 20, 2010, and the trial set to commence September 13, 2010,

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the Trial Preparation Conference set for August 20, 2010, at 10:00 a.m., is **VACATED** and **CONTINUED**, pending further order;

    2. That the trial set to commence September 13, 2010, is **VACATED** and **CONTINUED**, pending further order; and

3. That as soon as practicable, the Trial Preparation Conference and trial **SHALL BE RESET** on the calendar and docket of this court or that of a visiting United States District Judge.

Dated August 16, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge