IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-02121-REB- BNB | Date: August 19, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A 401 |

| | |
|---|---|
| KAREN S. ZANDER, | Natalie Brown |
| | DezaRae LaCrue |
| Plaintiff(s) | |
| v. | |
| CRAIG HOSPITAL, | Deanne McClung |
| RICK BAYLES, and | Paul Cooper |
| Ph.D., CNIM | David Yun |
| Defendant(s). | |

## COURTROOM MINUTES

**MOTION HEARING and PRETRIAL CONFERENCE**

Court in Session:     9:02 a.m.

Appearance of counsel.

Court's initial comments.

The Final Pretrial Conference is vacated and will be reset at a later date.

Pending before the court plaintiff's second motion to compel investigation documents.

Argument presented.

**ORDERED:** Plaintiff's second motion to compel investigation documents [Doc. #125; filed 7/27/10] is taken under advisement. The parties are allowed to submit any additional briefing which they want to submit in support of their various positions on the motion, on or before August 26, 2010 .

Court in Recess:     9:47 a.m.     Hearing concluded.     Total time in court: 00:45

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.