IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02121-REB-BNB

KAREN S. ZANDER,

Plaintiff,

v.

CRAIG HOSPITAL, and
RICK BAYLES, PH.D., CNIM,

Defendants.
_____

# ORDER
_____

The parties appeared this morning for a final pretrial conference and argument on a pending motion.

On August 16, 2010, the district judge vacated the trial preparation conference and the trial, stating among other things "[t]hat as soon as practicable, the Trial Preparation Conference and trial **SHALL BE RESET** on the calendar and docket of this court or that of a visiting United States District Judge." Order [Doc. # 135]. In view of those events, I vacated the final pretrial conference, and I will reset it at an appropriate time.

During argument, it appeared that there are additional materials that may assist in my determination of Plaintiff's Second Motion to Compel Investigative Documents. Consequently, I will allow supplemental briefing as the parties may deem appropriate.

IT IS ORDERED that the final pretrial conference is VACATED, to be reset.

IT IS FURTHER ORDERED that the parties may submit supplemental briefs, on or before **August 26, 2010**, and not exceeding ten pages in length, in connection with Plaintiff's Second Motion to Compel Investigative Documents [Doc. # 125].

Dated August 19, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge