IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02121-REB-BNB

KAREN S. ZANDER,

Plaintiff,

v.

CRAIG HOSPITAL, and
RICK BAYLES, PH.D., CNIM,

Defendants.

___

# ORDER
___

This matter arises on the following:

(1) **Defendant Craig Hospital and Rick Bayles, Ph.D., CNIM's Motion to Strike Plaintiff's Fed. R. Civ. P. 26(a)(1) Sixteenth Supplemental Disclosure** [Doc. # 144, filed 9/1/2010] (the "Motion to Strike"); and

(2) **Defendant Craig Hospital's Motion to Strike Plaintiff's Third Set of Discovery and Motion for Protective Order** [Doc. # 147, filed 9/1/2010] (the "Motion for Protective Order").

I held a hearing on these motions this afternoon and made rulings on the record, which are incorporated here. For the reasons stated on the record,

IT IS ORDERED that:

(1) The Motion to Strike [Doc. # 144] is DENIED; and

(2) The Motion for Protective Order [Doc. # 147] is GRANTED, and the discovery sought by the plaintiff's Request for Production No. 5 in Plaintiff's Third Set of Discovery to Defendant Craig Hospital shall not be had.

Dated September 14, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge