IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02121-REB-BNB

KAREN S. ZANDER,

Plaintiff,

v.

CRAIG HOSPITAL, and
RICK BAYLES, PH.D., CNIM,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion to Reopen Discovery** [Doc. # 157, filed 10/27/2010] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. For the reasons stated on the record,

IT IS ORDERED that:

(1)     The Motion [Doc. # 157] is GRANTED. The deposition of Dr. Bayles may be reopened for the remaining one hour and seven minutes of examination; the deposition of Dr. Falci may be reopened for not more than two hours of examination; the deposition of Ms. Polonsky may be reopened for any time remaining in the originally allowed seven hours of examination; and defendant Craig Hospital shall produce for inspection and copying, on or before November 19, 2010, "a copy of Dr. Bayles' job description at Craig Hospital," as requested in Request for Production Number 5 of Plaintiff's Third Set of Discovery to Defendant Craig Hospital [Doc. # 151-3]; and

(2)     The reopened depositions shall be conducted in my jury deliberation suite at the

Alfred A. Arraj United States Courthouse at a date and time as the parties may agree and when I am available to immediately decide any discovery issues which may arise. D.C.COLO.LCivR 30.3C.

Dated November 10, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge