IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02121-KHV-BNB

KAREN S. ZANDER,

Plaintiff,

v.

CRAIG HOSPITAL, and
RICK BAYLES, PH.D., CNIM,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **Plaintiff's Motion for Leave to File a Reply In Support of Her Third Motion to Compel Investigative Documents** [Doc. # 186, filed 2/18/2011] is GRANTED.  The Clerk of the Court is directed to accept for filing Plaintiff's Reply [Doc. # 186-1].


DATED:  March 4, 2011