IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02121-KHV-BNB

KAREN S. ZANDER,

Plaintiff,

v.

CRAIG HOSPITAL, and
RICK BAYLES, PH.D., CNIM,

Defendants.

_____

## ORDER
_____

On-going efforts have resulted in substantial progress toward the resolution of this case, although certain issues essential to a settlement remain unresolved.

IT IS ORDERED:

1. A supplemental telephonic settlement conference is set for **April 22, 2011, at 10:30 a.m.**;

2. Counsel for the parties shall arrange a conference call and together contact the court at 303-844-6408 at the specified date and time;

3. Counsel shall be prepared to report whether a settlement of all claims has been reached or, if not, to identify specifically all issues which remain unresolved and the parties' positions with respect to the unresolved issues.

Dated April 19, 2011.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge